# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 155 EM 2016

Respondent   :

v.   :

RONALD CHAVIS,   :

Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of November, 2016, the "Appeal of Superior Court[']s Order," treated as a Petition for Review, is **DENIED**.